# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CIVIL NO. 1:06CV89
## (1:03CR92)

MONRAIL L. MADDOX,                    )
                                      )
      Petitioner,                )
                                      )
Vs.                                   )        **O R D E R**
                                      )
UNITED STATES OF AMERICA,  )
                                      )
      Respondent.                )
_____)

**THIS MATTER** is before the Court on the Petitioner's motions to proceed *in forma pauperis* and for a copy of the trial transcript at Government expense.

There is no filing fee in cases brought pursuant to 28 U.S.C. § 2255; therefore, the motion to proceed *in forma pauperis* is moot.

In regards to the Petitioner's motion for a trial transcript, federal inmates are not entitled to documents and materials at Government expense for collateral attacks on their convictions absent some showing of a particularized need. **United States v. MacCollom, 426 U.S. 317, 326-27 (1976); Miller v. Smith, 99 F.3d 120, 125 n.5 (4ᵗʰ Cir. 1996); United**

2

***States v. Davis***, **972 F.2d 342 (table), 1992 WL 180109 (4ᵗʰ Cir. 1992).**

"An indigent is not entitled to transcripts at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." ***Jones v. Virginia State Farm***, **460 F.2d 150, 152 (4ᵗʰ Cir. 1972).** Moreover, the Government "may constitutionally decline to furnish an indigent with a transcript until a need for it is shown[.]" ***Id.***

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion to proceed *in forma pauperis* is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Petitioner's motion for a copy of the trial transcript at Government expense is hereby **DENIED**.

Signed: April 14, 2006

Lacy H. Thornburg
United States District Judge