# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV89
## (1:03CR92)

| | |
|---|---|
| MONRAIL LASHUN MADDOX, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Petitioner's "motion of status" regarding his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.

No judicial action has been taken in this matter since its filing. Since the United States Supreme Court's pronouncements in *Blakely v. Washington State*, 542 U.S. 296 (2004), and *United States v. Booker*, 543 U.S. 220 (2005), this Court (and every district court nationwide) has been inundated with motions to vacate and each petitioner argues the relief sought is meritorious and should be acted upon without delay. While the Court endeavors to adjudicate these cases in a timely manner, the heavy

demands of jury trials for civil and criminal cases have taken priority. Petitioner's motion will be reviewed as soon as is practicable.

**IT IS, THEREFORE, ORDERED** that Petitioner's "motion of status" is hereby **ALLOWED**, and such set forth above**.**

Signed: November 27, 2006

Lacy H. Thornburg
United States District Judge