IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:03cr92-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| MONRAIL LASHUN MADDOX. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Petition for Violation of Supervised Release filed on March 28, 2011. [Doc. 55].

For the reasons stated in the Government's Motion, and for cause shown, the Government's Motion to Dismiss [Doc. 55] is **GRANTED**, and the Petition for Violation of Supervised Release filed on March 28, 2011 in the above-captioned case is hereby **DISMISSED**.

**IT IS SO ORDERED**.

Signed: May 19, 2011

Martin Reidinger
United States District Judge